UNITED STATES BANKRUPTCY COURT
SOUTHERN DIVISION OF OHIO
EASTERN DIVISION

In Re:  EUNICE HOFFHINES                              Case #:          08-60261

                                                                         Chapter 13

                                                                         Judge:          Hoffman

**<u>NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS</u>**

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the

Registry Fund.

Dated:      December 8, 2009                              /s/ Frank M. Pees_____
                                                                                          Frank M. Pees
                                                                                          Chapter 13 Trustee

| <u>Name and Address</u> | <u>Amount</u> |
|---|---|
| Ford Motor Credit<br>P.O. Box 6508<br>Mesa, AZ   85216-6508 | $1,690.32 |